UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JUAN CARLOS DELFIN,<br>Defendant. | Case No. 1:24-cr-00006-AKB-3<br>**VERDICT FORM** |

We, the jury empaneled in the above-entitled action, unanimously find the Defendant, Juan Carlos Delfin:

AS TO COUNT ONE OF THE SUPERSEDING INDICTMENT: Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C §§ 841(a)(1) and 846

______ Not Guilty    __X__ Guilty

SPECIAL VERDICT

1. Having found the defendant, Juan Carlos Delfin, guilty of the offense charged in Count One, do you unanimously find beyond a reasonable doubt that the conspiracy charged in Count One involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine?

__X__ Yes    ______ No

If you answered yes to this question, you need not answer further questions related to Count One. If you answered no to this question, please answer the following question.

2. Having found the defendant, Juan Carlos Delfin, guilty of the offense charged in Count One, do you unanimously find beyond a reasonable doubt that the conspiracy charged in Count One involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine

______ Yes ______ No

AS TO COUNT TWO OF THE SUPERSEDING INDICTMENT: Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1)

_____ Not Guilty      __X__ Guilty

SPECIAL VERDICT

1. Having found the defendant, Juan Carlos Delfin, guilty of the offense charged in Count Two, do you unanimously find beyond a reasonable doubt that the defendant possessed 50 grams or more methamphetamine?

__X__ Yes      _____ No

If you answered yes to this question, you need not answer further questions related to Count Two. If you answered no to this question, please answer the following question.

2. Having found the defendant, Juan Carlos Delfin, guilty of the offense charged in Count Two, do you unanimously find beyond a reasonable doubt that the defendant possessed 5 grams or more methamphetamine?

_____ Yes      _____ No [redacted]

Dated: 12/12/25